1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8   | LAMONT SHEPARD, | CASE NO. 1:10-cv-00023-DLB PC |

9                    Plaintiff,          ORDER GRANTING DEFENDANTS'
                                         MOTION FOR EXTENSION OF TIME TO
10        v.                             FILE OPPOSITION (DOC. 39)

11   R. PEREZ, et al.,                   ORDER DIRECTING CLERK OF THE
                                         COURT TO ELECTRONICALLY FILE
12                   Defendants.         PLAINTIFF'S EXHIBITS IN SUPPORT OF
                                         MOTION FOR SUMMARY JUDGMENT
13   _____/  (DOC. 38)

14

15        Plaintiff Lamont Shepard ("Plaintiff") is a prisoner in the custody of the California

16   Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma

17   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding

18   against Defendants  E. Dela Cruz, P. Garcia, L. A. Martinez, R. Perez, J. Soto, and A. Trevino

19   for violation of the Eighth Amendment.  Pending before the Court is Defendants' motion, filed

20   February 28, 2012, for extension of time, up to and including April 2, 2012, in which to file their

21   opposition.  Doc. 39.  Plaintiff filed an opposition on March 9, 2012.  Doc. 40.  Defendants filed

22   their reply on March 14, 2012.  Doc. 41.  The matter is submitted pursuant to Local Rule 230(l).

23        Defendants request additional time because they cannot view the exhibits submitted in

24   support of Plaintiff's motion for summary judgment, filed February 9, 2012.  The exhibits were

25   lodged, not electronically filed.  Plaintiff contends that pursuant to the Court's First

26   Informational Order, Plaintiff is not required to serve Defendants with his motions if the

27   Defendants are represented by the Office of the Attorney General, as is the case here.  However,

28   because the exhibits were lodged, Defendants are not able to view the exhibits electronically and

1

1   would be prejudiced in responding to Plaintiff's motion for summary judgment.  Defendants

2   have presented good cause, and their motion will be granted.

3          Regarding Plaintiff's exhibits, the Clerk of the Court had lodged them because several

4   exhibits, when electronically scanned, were not legible.  However, in the interest of judicial

5   economy, the Court will direct the Clerk of the Court to scan and electronically file these

6   exhibits.  The parties may file appropriate motions if there are issues with the exhibits.

7          Accordingly, it is HEREBY ORDERED that:

8          1.      Defendants are granted up to and including April 2, 2012 in which to file their

9                  opposition to Plaintiff's motion for summary judgment; and

10         2.      The Clerk of the Court is directed to electronically file Plaintiff's lodged exhibits

11                 in support of Plaintiff's motion for summary judgment.

12         IT IS SO ORDERED.

13  **Dated:**   **March 15, 2012**                    _____ **/s/ Dennis L. Beck**_____
                                                      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28