# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

LAMONT SHEPARD,

              Plaintiff,

    v.

R. PEREZ, et al.,

              Defendants.

_____/

CASE NO. 1:10-cv-00023-BAM PC

ORDER CONTINUING TELEPHONIC TRIAL
CONFIRMATION HEARING
(ECF No. 73)

Telephonic Trial Confirmation
Hearing:    **March 18, 2013, at 10:00 a.m. in
Courtroom 8 (BAM)**

       Due to the availability of the Court, the Telephonic Trial Confirmation Hearing set for March 15, 2013, is CONTINUED to **Monday, March 18, 2013, at 10:00 a.m.** in Courtroom 8 (BAM) before the undersigned.  Counsel for defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5789**.

       IT IS SO ORDERED.

**Dated:**   **March 14, 2013**            /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE