# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:10-cv-00023-BAM PC |
| Plaintiff, | ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING (ECF No. 73) |
| v. | |
| R. PEREZ, et al., | Telephonic Trial Confirmation Hearing: **March 18, 2013, at 10:00 a.m. in Courtroom 8 (BAM)** |
| Defendants. | |

Due to the availability of the Court, the Telephonic Trial Confirmation Hearing set for March 15, 2013, is CONTINUED to **Monday, March 18, 2013, at 10:00 a.m.** in Courtroom 8 (BAM) before the undersigned.  Counsel for defendants is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5789**.

IT IS SO ORDERED.

**Dated:   March 14, 2013**          /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE