# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | CASE NO. 1:10-cv-00023-BAM PC |
| Plaintiff, | ORDER REGARDING COMPLIANCE WITH PRETRIAL DEADLINES REGARDING PROPOSED TRIAL EXHIBITS |
| v. | |
| R. PEREZ, et al., | (ECF No. 91) |
| Defendants. / | |

Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against Defendants L.A. Martinez, R. Perez, P. Garcia, J. Soto, E. De la Cruz and A Trevino for excessive force in violation of the Eighth Amendment. A jury trial is set for May 6, 2013.

Plaintiff has requested that the Court provide him with copies of his exhibits, which were submitted with his motion for summary judgment, so that he may prepare for trial. Pursuant to the Court's direction, the Clerk's Office mailed Plaintiff a copy of those exhibits on March 19, 2013. (ECF No. 90.)

Plaintiff's attention is now directed to the pretrial order in this action, which sets the deadlines for pretrial submissions by the parties. (ECF No. 91.) Given the Court's effort to ensure that Plaintiff has a copy of his exhibits, Plaintiff must comply with the **April 12, 2013** deadline to exchange exhibits with Defendants and must comply with the **April 29, 2013** deadline to submit

1  his pre-marked trial exhibits to Courtroom Deputy Harriet Herman.  (ECF No. 91, pp. 15-18.)
2  Plaintiff is warned that failure to comply with the deadlines in the pretrial order may be grounds for
3  the imposition of sanctions, including exclusion of exhibits not pre-marked, possible dismissal of
4  this action or entry of default for non-compliance.
5       IT IS SO ORDERED.
6  **Dated:   March 20, 2013**                    /s/ **Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE