# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. PEREZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-00023-BAM PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE HIS TRIAL EXHIBIT LIST NO LATER THAN APRIL 18, 2013<br><br>(Doc. 94) |

　　　　Plaintiff Lamont Shepard ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint against Defendants L.A. Martinez, R. Perez, P. Garcia, J. Soto, E. De la Cruz and A Trevino for excessive force in violation of the Eighth Amendment.  A motions in limine hearing is set for April 19, 2013, and a jury trial is set for May 6, 2013.

　　　　On March 21, 2013, the Court directed Plaintiff to comply with the pretrial order.  Specifically, the Court directed Plaintiff's attention to the April 12, 2013 deadline to exchange trial exhibits with Defendants and the April 29, 2013 deadline to submit his pre-marked trial exhibits.  (ECF No. 92.)

　　　　On April 8, 2013, Plaintiff filed a notice indicating that he has been unable to obtain additional copies of his trial exhibits from the prison law library to exchange with Defendants and to provide the Court.  (ECF No. 94.)

1  Plaintiff reportedly has prepared an exhibit list.  Thus, despite his asserted difficulties in
2  obtaining copies of his exhibits, Plaintiff shall be required to file his exhibit list to reduce any
3  prejudice to Defendants in preparing for trial and in addressing motions in limine.  The list shall
4  identify the document by date and title and description.  Accordingly, Plaintiff is HEREBY
5  ORDERED to file his exhibit list no later than April 18, 2013.

8  IT IS SO ORDERED.

   Dated:   **April 10, 2013**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE