FILED

MAY 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | ) Case No.: 1:10-cv-00023-BAM PC |
| Plaintiff, | ) ORDER REQUIRING PRODUCTION OF |
| v. | ) PLAINTIFF FOR TRIAL ON MAY 7, 2013, AT 8:00 A.M. |
| R. PEREZ, et al., | ) |
| Defendants. | ) |

**Plaintiff Lamont Shepard**, CDCR #K-29682, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, May 7, 2013, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 5/6/13

BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE

1