

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. PEREZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:10-cv-00023-BAM PC<br><br>NOTICE AND ORDER THAT PLAINTIFF **LAMONT SHEPARD, CDCR K-29682**, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　　The jury trial in this matter commenced on May 6, 2013, and **Plaintiff Lamont Shepard, CDCR #K-29682**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

　　　　It is so ORDERED.

DATED: 5/7/13

　　　　　　　　　　　　　　　　　　　BARBARA A. MCAULIFFE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1