UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LAMONT SHEPARD,
        Plaintiff,

vs.

R. PEREZ, A. TREVINO,
L.A. MARTINEZ, E. DE LA CRUZ,
and J. SOTO,
        Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:10-CV-00023-BAM-PC

  __X__    JURY VERDICT:    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUDGED that on May 7, 2013 Jury returned a Verdict in favor of ALL Defendants R. PEREZ, A. TREVINO, L.A. MARTINEZ, E. DE LA CRUZ, and J. SOTO and against Plaintiff Lamont Shepard.

DATED: 5/10/2013

        MARIANNE MATHERLY, Clerk

        By:  /s/ H.A. Herman
                Deputy Clerk

judgment.civ.wpd
5/6/2013