*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

LAMONT SHEPARD,

                Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1:10-CV-00023-BAM-PC

R. PEREZ, A. TREVINO,
L.A. MARTINEZ, E. DE LA CRUZ,
and J. SOTO,

                Defendants.

_____/


   X                  JURY VERDICT:     This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.


           IT IS HEREBY ORDERED AND ADJUDGED that on May 7, 2013 Jury returned a Verdict in favor of ALL Defendants R. PEREZ, A. TREVINO, L.A. MARTINEZ, E. DE LA CRUZ, and J. SOTO and against Plaintiff Lamont Shepard.

DATED: 5/10/2013


                          MARIANNE MATHERLY, Clerk


                          By:___/s/ H.A. Herman___
                                  Deputy Clerk

judgment.civ.wpd
5/6/2013